UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 Case No. 06-CR-36

JEFFREY R. WITT,

    Defendant.

## ORDER TERMINATING PROBATION

    Defendant Jeffrey Witt was convicted of Bank Fraud on his plea of guilty on June 5, 2006, and sentenced to 24 months of imprisonment, followed by 3 years of supervised release. He has completed his sentence of imprisonment and one year of the supervised release. He has also complied with all financial conditions of his sentence and been compliant with all other conditions. He holds full-time employment and is attempting to put his life back together with his family. The Government does not oppose the motion and his probation agent, who meets with him once every two months, takes no position.

    Based upon the foregoing, the Court is satisfied that early termination is in the best interest of the public and the interest of the defendant. Accordingly, the motion for early termination is granted.

    **SO ORDERED** this   28th   day of July, 2009.

                                                              s/ William C. Griesbach
                                                              William C. Griesbach
                                                              United States District Judge